# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JERMAINE ANDERSON JOSEPH | CIVIL ACTION NO. 24-1783 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CARLA COLLINS MARIE, ET AL. | MAGISTRATE JUDGE HORSNBY |

## ORDER

Before the Court is a Motion for Stay of Eviction (Record Document 8) filed by Plaintiff Jermaine Anderson Joseph ("Joseph"). Joseph requested that his eviction proceedings be stayed to keep him housed and to prevent homelessness. See id. He also submits that his eviction relates to a "fraud scam company" and a "rental property scam." Id.

The Anti-Injunction Act, 28 U.S.C. § 2283, provides that a federal court may not grant an injunction to stay proceedings in a state court except as expressly authorized by Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments. The exceptions are construed narrowly and have been held to generally prohibit federal courts from enjoining state court eviction proceedings. See Knoles v. Wells Fargo Bank, NA, 513 Fed. Appx. 414 (5th Cir. 2013); Johnson v. MNSF II WI LLC, 2024 WL 3331584 (N.D. Tex. 2024), report and recommendation adopted, 2024 WL 3333245 (N.D. Tex. 2024). Accordingly, the Motion for Stay of Eviction (Record Document 8) is **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 17th day of January, 2025.

_____
United States District Judge