# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JERMAINE ANDERSON JOSEPH | CIVIL ACTION NO. 24-1783 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CARLA COLLINS MARIE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 4th day of February, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE